David I. Swan, Esq. (VSB No. 75632)
Sarah B. Boehm, Esq. (VSB No. 45201)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Attorneys for the Debtors-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------x
In re                             :     Chapter 11
                                  :
Ennstone, Inc., *et al.*[1]       :     Case No. 09-31204 (DOT)
                                  :
            Debtors.              :     (Jointly Administered)
------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' PLAN OF REORGANIZATION;
(II) OCCURRENCE OF EFFECTIVE DATE;
AND (III) BAR DATES FOR FILING CERTAIN CLAIMS**

1.   **Confirmation of the Plan.**  On February 18, 2010, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") entered an Order (the "Confirmation Order") Confirming the Debtors' Plan of Reorganization (the "Plan"), in the chapter 11 cases of the above-captioned debtors (the "Debtors") (Docket No. 607).  Unless otherwise defined herein, capitalized terms shall have the meaning given to them in the Plan and Confirmation Order.

2.   **Effective Date.**  On March 1, 2010, the Effective Date of the Plan occurred.

3.   **Discharge of Debtors.**  Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan or in the Confirmation Order, the distributions and rights that are provided in the Plan are in complete satisfaction, discharge, and release, effective as of the Confirmation Date, of any and all Claims, whether known or unknown, against the Debtors or any of their assets or properties, regardless of whether the property shall have been distributed or retained pursuant to the Plan.  Without limiting the generality of the foregoing, the Debtors are discharged from any and all debts of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, in each case whether or not (a) a proof of claim is filed or deemed filed under section 501 of the Bankruptcy Code, (b) a Claim is allowed under section 502 of the Bankruptcy Code, or (c) the holder of such a Claim accepted the Plan.  Except as otherwise provided in the Confirmation Order or in the Plan, upon the Effective Date, the rights afforded in the Plan and the payments and distributions to be made thereunder discharge the Debtors from all existing debts and Claims, and terminate all Equity Interests of any kind, nature, or description whatsoever against or in the Debtors or any of their assets or properties to the fullest extent permitted by section 1141 of the Bankruptcy Code.  In accordance with the foregoing, the Confirmation Order was a judicial determination of discharge of all liabilities to the Debtors and shall void any judgment obtained against the Debtors at any time, to the extent such judgment relates to a discharged Claim or terminated Equity Interest.

4.   **Release and Exculpation.  In accordance with the Confirmation Order, the Released Parties (as defined in the Plan) shall not have or incur, and are released from, any claim, obligation, Avoidance Action, cause of action, or liability to one another, to any other party in interest, or to any of their respective agents, employees, representatives, financial advisors, attorneys, or affiliates, or to any of their successors or assigns, for any act or omission before or after the Petition Date through and including the Effective Date in**

---

[1] The Debtors are Ennstone, Inc. and King William Sand & Gravel Mattaponi, Inc.  The last four digits of Ennstone and King William Mattaponi's tax identification numbers are 9953 and 2639, respectively.

**connection with, relating to, or arising out of the Lender Group's lending relationship with the Debtors, operation of the Debtors' business (other than liabilities incurred in the ordinary course of the Debtors' business), this chapter 11 case, the filing of this case, the formulation, preparation, dissemination, approval, confirmation, administration, implementation or consummation of the Plan, the Disclosure Statement, or the property to be distributed under the Plan.**

5. **Injunction.** Except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, all Persons are permanently enjoined from commencing or continuing any action, employment of process, or act to collect, offset, or recover any Claim to the fullest extent authorized or provided by the Bankruptcy Code, including, without limitation, to the extent provided for or authorized by sections 524 and 1141 thereof. Except as otherwise provided in the Plan or in the Confirmation Order, all Persons who have held, hold or may hold Claims against or Interests in the Debtors or the Estate are, with respect to any such Claims or Interests, permanently enjoined from and after the Effective Date from: (i) commencing, conducting or continuing in any manner, directly or indirectly, any suit, action or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Debtors, the Estates or the Reorganized Debtor or any of their property; (ii) enforcing, levying, attaching, collecting or otherwise recovering by any manner or means, of any judgment, award, decree or order against the Debtors, the Estates or the Reorganized Debtor or any of their property; (iii) creating, perfecting or otherwise enforcing in any manner, any encumbrance of any kind against the Debtors, the Estates or the Reorganized Debtor or any of their property; (iv) exercising any right of setoff, subrogation, or recoupment of any kind, directly or indirectly, against any obligation due the Debtors, the Estates or the Reorganized Debtor; and (v) acting or proceeding in any manner that does not conform to or comply with the provisions of the Plan.

6. **Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected by Operation of the Plan.** In the event that the rejection of an executory contract or unexpired lease by the Debtors pursuant to the Plan results in damages to the other party or parties to such contract or lease, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or their respective properties or interests in property, unless a proof of claim has been filed with the Bankruptcy Court, 701 E. Broad Street, Suite 4000, Richmond, Virginia, 23219, **so as to be actually received on or before March 31, 2010**.

7. **Administrative Claim Bar Date.** Administrative Claims for the period of February 24, 2009, through March 1, 2010, and claims entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code must be filed with the Bankruptcy Court, 701 E. Broad Street, Suite 4000, Richmond, Virginia 23219, **so as to be actually received on or before March 31, 2010**. Any Person that is required to file an Administrative Claim and fails to timely file such Claim, shall be forever barred and enjoined from asserting such Claim or participating in distributions under the Plan on account thereof.

8. **Copies of Documents.** Copies of the Confirmation Order and Plan may be viewed for a fee on the Court's web site at http://www.vaeb.uscourts.gov. You also may contact counsel to the Debtors, McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, Attn: Sarah B. Boehm, for electronic copies of the Confirmation Order and Plan.

Dated:   March 4, 2010                              McGuireWoods LLP
         Richmond, Virginia

                                                    /s/   David I. Swan
                                                    David I. Swan, Esq. (VSB No. 75632)
                                                    Sarah B. Boehm, Esq. (VSB No. 45201)
                                                    McGuireWoods LLP
                                                    One James Center
                                                    901 East Cary Street
                                                    Richmond, Virginia 23219
                                                    (804) 775-1000

                                                    *Attorneys for the Debtors-in-Possession*